de Blasio and various other parties. We'll give everyone a time to get up and find their way to the podium. Mr. Ojeda, you may come up and you may sit on this side. And then we have attorneys Wolfe, Lawrence, and Rice for the appellees. Is that right? Okay. Again, we'll let everybody come up here and take a minute to get settled, get all your materials there. And then Mr. Ojeda, whenever you're ready, and if you need, the CSO can help you adjust the podium if you want to adjust the microphones up or down, okay? And you, if you would like, you may have some water at the podium with you. And Mr. Ojeda, you will be the first to talk. So you have five minutes. And the way this works is that you have reserved two minutes for rebuttal. So if you've been watching the way the other lawyers go, you come up, you'll have three minutes to start your presentation. You then get to listen to what the other lawyers have to say. And then because you're the appellant, you get to be the last one to talk to us. So if there's anything that they said that prompts you to want to say something more, you'll have those extra two minutes. Does that make sense? Okay. So whenever you're comfortable, you can step up to the podium. And again, you can bring notes. You can bring your bottle of water. And we're prepared to hear from you. Please. And you're free to stand at the podium, too, of course. When the district court misused the New York... I'm sorry. Take your time. It's okay. Good morning, your honors. When the district court misused the New York legal machinery to achieve the goal of depriving just compensation and permanently injuring parents, the federal law governing RICO were broken on the grounds that the pattern and practice of secure and revenue for the city were unjust, deceitful, and corruptive. The city and judicial administration and the city commission joined hands and met at the mines to use tax dollars to public trust to further their political endeavors that ultimately protected and secured nothing but each defendant's personal funds, committing constructive fraud that served no justice for the negligent homicide committed by Alfonso Mendez, which was the city's obligations to remedy and relief. One New York police officer became the nexus of a web of deceit, corruption, and misconduct and abuse of power in the most grotesque, disrespectful manner. It can equate to pure terrorism. When the picture became clear of what government officials are capable of, their actions go unchecked or balanced by proper authorities. Although no statute of limitations brought the suit, Alfonso Mendez was found guilty by internal affairs. In their report, their recommendation was termination and this was cemented proof. His actions were not immune from prosecutions, both the city and the judicial administration. The judicial administration took it upon themselves to miscarry justice in the most egregious way to protect a mayor that did not deserve protection for failing his residents and allowing public defendants to get away with murder, and left a beautiful, innocent soul unavenged, and the misconduct went completely unpunished, which violates our federal constitution in so many ways. The judicial administration, NYPD, PBA, and New York City Commission became a joint criminal enterprise. The minute they refused justice to our family with intent to conceal and cover up and destroy the truth, that the death of our baby was not an accident, but an intentional act of negligence that caused a wrongful death, which would not have occurred had humanity, honesty, integrity, and his oath being applied to the officer's actions that fateful day. His knowledge of wrongdoing is evidence in every action he took in fear of facing the repercussion of his actions taken that day. Officer Alfonso Mendez could not be located for three days and when he could stomach resurfacing, he went to great lengths to conceal his physical identity by shaving all his hair and not taking accountability for actions taken that day. Even when finally arriving for duty, he did not take responsibilities for those actions as the oath he took mandates that he take when those actions lead to the loss of life, liberty, or property in execution of law, action, or order. The term public servant incapacitates his duties and once in contact with a public emergency, such as an individual having an asthma attack, in need of an emergency, his job was to aid, protect my daughter and my wife from undue harm in pursuit of life-saving assistance by either performing CPR or making sure there was no time lost getting her to the hospital himself. He terribly failed at both at the time. It was the NYPD and the city commissions along with the judicial administration responsible to attempt, although forever, impossible to make our family home in some way other than just saving other lives while neglecting the life he destroyed. It is our prayer that this argument is the final argument needed to bring this criminal enterprise to its knees and restore the public trust, showing America that the truth will never stay buried. With God and his strength, that even licensed attorneys could not summon to take on this fight, which they called career suicide. What is done in the dark will always be brought to light and the truth, the whole truth and nothing but the truth will be secured justice no matter how long it will take to be revealed. For 13 and a half years, we have suffered waiting for this officer along with the city to be held accountable for the inactions that the most disgusting action taken against an innocent child and her mother that caused a death no one wanted to acknowledge. There is no explanation and there will never be an explanation about the heinous crimes that were committed on and after that date. The Constitution guarantees that this justice requires the court to move in favor of the plaintiff for all the requests made. Amen. Thank you very much, Mr. Hunter. Thank you. I know this is very difficult. Why don't we hear from the, I think Ms. Wolf for two minutes and Mr. Lawrence for one minute and then Ms. Rice for two. And then Mr. Ojeda, you can take a minute, but as you're listening to what the other lawyers have to say at the end, if you would like, and you don't need to, but you will have a chance to come back up and add anything else that you might want to add after listening to them. Okay. Okay. Please. Do you have water there at the table? Okay. Very good. Ms. Wolf. Thank you, your honors. If it please the court, Karin Wolf for the city parties and that is a New York police officer, Mendez, former mayor de Blasio in the city of New York. This case arises from a very tragic accident, which occurred in August of 2010. After that accident, appellants alleged. If you could maybe, you can tilt the microphones up a little bit and then we can all hear a little bit better. Yeah. And we're fully aware of the background of the case. So thank you for that. Um, uh, I'm sorry. Um, so scooting ahead, if I understood the court correctly, um, the broad ranging conspiracy claims as found by the district court related to Rico and 1983 claims as the district court held the Rico claims were time barred. The 1983 claims were also time barred. The Rico claims additionally failed to state a cause of action as The court has no questions on those. Well, I have I have to Mr. Oh, he said that there was a recommendation internally in the police department that officer Mendez be fired. What? What actually became of that? Was he disciplined by the police department? I apologize to the court. I'm actually unaware of if there was an internal investigation against officer Mondays, and if so, what the outcome was. I can say that is not part of the record. Okay. And the other question is, there was a wrongful death suit in state court filed over this. Yes, Your Honor. And the outcome of that was in two parts. So that's that action was filed in 2011. So timely. And the certain city defendants were excused or I'm sorry, were dismissed on a motion to dismiss for failure to state a claim. The remaining remaining city defendants were let out on summary judgment. Summary judgment was in 2016 so well after all of the allegations in the complaint had taken place, including the 2012 allegations. Also, summary judgment was when the right. So your statute of limitations point is that it should start to run at the latest in 2016 because then everything had happened, including the state case. But the basis for the summary judgment was what I can understand immediately that you know, the mayor is not on the hook for what the officer does it. So some city defendants might have been just not personally involved or whatever. But in terms of just straight up action against the police officer, do you know what the basis for the ultimate summary judgment was? Okay. All right. Thank you. Okay. I don't think we have any further questions. Thank you very much. Thank you. And I see that the clock for some reason wasn't running that time, but I think we were pretty much on time. Target for the two minutes. So, Mr. Lawrence, you have one minute. We'll just make sure that we get the clock going there. Once you're ready, Mr. Lawrence. Good morning. I'm David Lawrence, the third. I'm an assistant Solicitor General on behalf of the state. I believe namely the state of New York, former Assemblyman Ortiz, former Justice Ash and Justice Salta. I'm prepared to answer any questions which the court might have. Otherwise, I am fine with resting on my brief. I don't think we have any questions. Thank you for coming down today. And then why don't we hear from Attorney Rice, who has been allocated two minutes. Let's reset the clock then. May it please the court. My name is Marion Rice and I represent Benita Zellman, who is an attorney who first represented Ms. Torres and Mr. Ojeda in the first action that was filed in 2011. My client's career has been spent bringing cases on behalf of people who feel they've been wronged by the New York City Police Department and other municipalities. She did timely file a lawsuit. My colleague was correct on a pre-answer motion to dismiss. A number of the people were dismissed. No claims were dismissed. Mr. Ojeda and Ms. Torres fired my client then. This was in 2013 and new counsel was substituted on May 8th of 2013. So while the court was correct that the statute of limitations vis-a-vis the city defendants would have started running at the very end of the very latest in 2016, the claims against my client accrued at the time of the attorney-client relationship and she had no further involvement in the matter. So this case was not filed until seven and a half years after my client no longer had any contact with Ms. Torres and Mr. Ojeda. And at the time my client was no longer the attorney of record, there was still a pending claim for wrongful death, for negligence, and for negligent or intentional infliction of harm against viable defendants. That the summary judgment action was granted to the defendants three years later is not something that my client did anything- That's not something your client had anything to do with. Correct. Are there any questions? No. If the court has no questions, I thank you very much for your time. Thank you. Mr. Ojeda, we'll reset the clock to two minutes. You don't need to add anything, but if there is anything that has occurred to you now that, you know, based on what you've heard from the other lawyers or anything that you just didn't say initially that you would like to add, you're free to take that opportunity, but also if that's up to you. And again, take your time. If you need to make a note or something, that's fine. Thank you. Your Honor, the first judge that heard the case was Sylvia Ash, who has been incarcerated for embezzling $3 million from the Municipal Credit Union. She's in jail right now. Zellman worked for many police officers getting their jobs off. And I know this firsthand because I am on DOC, Direct Accident Response Program, and work with many police officers to retrieve the cars in accidents, and I clean the streets. They have told me that she was a good lawyer and that she would get them their jobs back. I had no clue at what was going on, and I didn't know that I was in bed with someone else. Zellman worked for many police officers. Zellman showed up at my daughter's funeral with the assemblyman, Felix Ortiz, to solicit us. We asked her to leave, and she doubled down and came back with now Felix, or Sheriff Anthony Miranda, saying that he was the Latino caucus for police officers. And there was no due process for us. Everything was done without us being there. We wouldn't even be notified that a court date was there for us to show up. And we did not fire her. She quit after she got the commissioner off because the commissioner was the nexus. He has no immunity because he was the nexus that held everything together, and he had no immunity because he was private. And once she did that, she told us it was too closely to find a new lawyer, and gave us the lawyer of Seth Harris, who then did nothing in the case except put his name on her paperwork and put it in. And then again, we were not told. We only found out that the court was hearing our case when we investigated in the court. And when we did show up, they threw us out of the courtroom, not the judges, but the lawyers. We understand. Let me just say this. As with all the cases today, we're not deciding it today. We've heard the argument. It's been very helpful. We thank everyone for coming today, and we will obviously, as with every case, deliberate and eventually issue a written decision. But before we do that, I just want to thank you both for coming in today, and the lawyers for coming in. We know this is a very difficult moment for you, and we're very sorry for your loss. But again, thank you for coming in, and thank you for letting us hear from you. Can I make one more? Sure. Yeah, a brief point, sure. In 2010, my wife and I fought in Albany for seven years, and we passed a law, Brianna's Law. And it has saved over half a million people's lives from 2017 to last year. We get American Heart Association sends us a number, and this year we surpassed 760,000 people. And that would show that there was something that needed to be fixed, and we fixed it. And everybody's getting saved. Wow, baby. And we live with this every day. This is a life sentence. Very sorry, again, for your loss. But thank you very much for coming in today. Thank you for hearing us.